

# GALLOWAY

Galloway Johnson Tompkins Burr & Smith

| Texas | Louisiana | Mississippi | Alabama | Florida | Georgia | Missouri |

**TIMOTHY W. HASSINGER**
Director
Licensed in Louisiana and Texas
Direct: (985) 674-6714
thassinger@gallowaylawfirm.com

3 Sanctuary Blvd., 3rd Floor
Mandeville, Louisiana 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
www.gallowaylawfirm.com

**KELSEY L. BONNAFFONS**
Director
Licensed in Louisiana and Texas
Direct: (504) 648-6260
kbonnaffons@gallowaylawfirm.com

October 9, 2024

**VIA FACSIMILE**

Clerk of Court
4th Judicial District Court
Parish of Ouachita
300 St. John Street
Monroe, LA 71201

RE:    *Julia Hutton, et al v. ChampionX LLC, et al*
4th JDC No. C-20243391, Sect. CV5
Our File: 006103-75

Dear Madame or Sir:

As per our conversation with your office, please provide a certified copy of the Court's record in this matter entitled *"Julie Hutton, et al v. ChampionX LLC, et al,"* Docket Number: C-20243391, Sect. CV5, as soon as possible. Please let us know the cost associated with this request at your earliest convenience. Thank you for your prompt attention to this matter.

Sincerely,

Timothy W. Hassinger
Kelsey L. Bonnaffons

TWH/KLB/tgd

RECEIVED 2024 OCT 10 A 8: 28

$41.00 paid – Check # 10140

**EXHIBIT A**

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet – LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet should be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible for trial.

> Ouachita Parish
> Filed Sep 17, 2024 2:35 PM
> Brittnie Cervantes
> Deputy Clerk of Court
>
> C-20243391
> CV5

**Suit Caption:**

### Julia Hutton and Willie Hutton, Wife and Husband
### Versus
### ChampionX LLC, Apergy Corporation, Randall W. White

**Court:** __4th Judicial District__       **Docket Number:** _____

**Parish of Filing:** __Ouachita__         **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** __Ross Downs, Jr, Earl Ross Downs, III, Hayden Sierra Downs, and Emily Downs__

**Name of Self-Represented Litigant:** _____

**Number of named petitioners: _2_**        **Number of named defendants: _3_**

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

_X_ Auto: Personal Injury
___ Auto: Wrongful Death
___ Asbestos: Property Damage
___ Product Liability
___ Intentional Bodily Injury
___ Intentional Wrongful Death
___ Business Tort
___ Defamation
___ Environmental Tort
___ Intellectual Property
___ Legal Malpractice
___ Other Professional Malpractice
___ Maritime
___ Wrongful Death
___ General Negligence

___ Auto: Property Damage
___ Auto: Uninsured Motorist
___ Asbestos: Personal Injury/Death
___ Premise Liability
___ Intentional Property Damage
___ Unfair Business Practice
___ Fraud
___ Professional Negligence
___ Medical Malpractice
___ Toxic Tort
___ Other Tort (describe below)
___ Redhibition
___ Class Action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Petitioner sustained personal injuries and property damages as a result of an automobile accident on October 26, 2023.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name __Ross Downs, Jr, Earl Ross Downs, III, Hayden Sierra Downs, and Emily Downs__

Signature _____ #22340

Address __4214 Sterlington Road, Monroe, LA 71203__

Phone Number __(318) 325-7677__       Email address: __ross@rossdownslaw.com__

*Debra Wood*



Certified True and
Correct Copy
CertID: 2024101000010

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE OF LOUISIANA * PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

JULIA HUTTON AND WILLIE HUTTON,
WIFE AND HUSBAND

VERSUS NO. _____

CHAMPIONX LLC, APERGY CORPORATION,
RANDALL W. WHITE

FILED: _____

Ouachita Parish
Filed Sep 17, 2024 2:35 PM
Brittnie Cervantes
Deputy Clerk of Court

C-20243391
CV5

DEPUTY CLERK OF COURT

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes petitioners, JULIA HUTTON

and WILLIE HUTTON, Wife and Husband, major domiciliaries of the Parish of Madison, State of

Louisiana, who respectfully represent the following:

1.

Made defendants herein are the following:

A.   **CHAMPIONX LLC,** believed to be a foreign limited liability company, who at all
pertinent times herein, was the owner and operator and Federal Motor Carrier of an
18-wheeler motor vehicle being driven at all pertinent times herein by Randall W.
White with the said Randall W. White acting within the course and scope of his
employment at all pertinent times herein with ChampionX LLC;

B.   **APERGY CORPORATION,** a foreign corporation authorized to do, and doing
business in the State of Louisiana, who at all pertinent times herein was the owner
and operator and Federal Motor Carrier of an 18-wheeler motor vehicle and
employer of Randall W. White with the subject Randall W. White acting within the
course and scope of his employment at all pertinent times herein with ChampionX
LLC and/or Apergy Corporation;

C.   **RANDALL W. WHITE,** a major domiciliary of the State of Texas, who at all
pertinent times herein was the professional truck driver acting within the course
and scope of his employment with ChampionX LLC and/or Apergy Corporation,
at all pertinent times herein, and with the said vehicle being operated by Randall
W. White being owned by ChampionX LLC and/or Apergy Corporation at all
pertinent times herein.

2.

Defendants, ChampionX LLC, Apergy Corporation, and Randall W. White are liable unto

petitioner, in solido, and/or jointly and/or severally, for the following reasons, to-wit:

3.

On or about October 26, 2023, petitioner Julia Hutton, shows that she was the owner and

driver of a 2020 Toyota motor vehicle in a safe and prudent manner in the outside westbound travel

lane of Interstate 20 at or near the overpass of Interstate 20 westbound traffic with US Highway

165 all located in the Parish of Ouachita, State of Louisiana.

*Debra Wood*



**Certified True and Correct Copy** CertID: 2024101000011

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4.

At the same time, and on the same day, petitioners show that professional truck driver, Randall W. White was acting within the course and scope of his employment with ChampionX LLC and/or Apergy Corporation and was driving his 18 wheeler also in a westbound direction in the left outside lane of westbound Interstate 20 traffic at or near the overpass of Interstate 20 and US Highway 165, all located in the Parish of Ouachita, State of Louisiana.

5.

Petitioners show that Julia Hutton was attempting to take the Interstate 20 righthand exit for US Highway 165 south traffic and was in her right outside lane of Interstate 20 when suddenly and without warning the 18-wheeler being driven by Randall W. White came over and changed lanes from the left outside westbound travel lane of Interstate 20 into petitioner's right outside lane of Interstate 20 thereby causing a serious motor vehicular crash between the White 18-wheeler and the Hutton Toyota motor vehicle.

6.

The areas of damage to the 18-wheeler included the right passenger side of the vehicle and there was damage in multiple places to the Hutton Toyota caused by the accident including but not limited to the left driver's side area of the Toyota but also other areas of the Toyota as well.

7.

As a direct result of the subject motor vehicular crash at issue herein, Petitioner Julia Hutton sustained a closed head injury to her brain, she was dazed and confused at the scene, she sustained injuries to her left shoulder, neck, back, corneal abrasion to one or more eyes, abrasions and or bruising to her chest area, right hip pain and soreness, left knee injuries, spinal injuries, tip of right index finger was severed, and a host of other physical injuries and corresponding mental and emotional injuries, all of which have required her to seek appropriate medical care, attention, and treatment from various medical providers of her choice.

8.

Petitioners show that the subject motor vehicular crash was caused as a result of the independent fault, negligence, and carelessness of ChampionX LLC and Apergy Corporation in the following particulars:

a. Negligent hiring of Randall W. White;

b. Negligent training of Randall W. White;

*Debra Wood*

Certified True and Correct Copy
CertID: 2024101000011

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

   c. Negligent supervision of Randall W. White;

   d. Failing to properly equip Randall W. White with sufficient equipment in the form of mirrors and other devices which could have helped to avoid or prevent the subject accident from ever occurring in the first place.

9.

Petitioners further show that the subject motor vehicular crash was caused as the result of the fault, negligence, and carelessness of professional truck driver, Randall W. White, for whom pursuant to the theory of *Respondeant Superior* ChampionX LLC and Apergy Corporation are legally accountable and liable for in the following particulars:

   a. Failing to see what should have been seen;

   b. Failing to keep a proper lookout;

   c. Failing to recognize potential hazards upon the roadway and avoid them;

   d. Failing to have proper mirror alignment of his mirrors in order to see the Toyota motor vehicle driven by Julia Hutton at all pertinent times herein;

   e. Improper lane change;

   f. Failing to yield the right-of-way;

   g. Driving at an excessive rate of speed;

   h. Distracted driving;

   i. Reckless disregard for the safety of others;

   j. Failing to act as a reasonable person under the then prevailing circumstances.

10.

At all pertinent times herein Julia Hutton and Willie Hutton show that they were legally married herein as wife and husband and that as a direct result of the injuries to Julia Hutton the marital relationship has been adversely affected which gives rise herein for a claim herein for past and future loss of consortium.

11.

Additionally, Petitioners show they have a claim herein for the following elements and damages: past and future loss of enjoyment of life, past and future mental anguish and emotional distress, past and future pain and suffering, past and future medical expenses, past and future loss of earnings, past and future loss of earning capacity, past and future gratuitous medical care, past and future disfigurement and scarring, past and future disability, and past and future physical impairment.

*Debra Wood*



**Certified True and Correct Copy**
CertID: 2024101000011

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

12.

Petitioners further show that at all pertinent times herein Julia Hutton was the legal owner of the 2020 Toyota Camry that she was driving and the subject Toyota Camry sustained extensive property damages as a result of the subject crash which rendered the subject Toyota Camry totaled and Petitioner did receive compensation from her collision motor insurance carrier but had a deductible in the amount of $250.00 and therefore brings a claim against all defendants for the deductible to her motor vehicle as well as loss of use damages for the time period she was without a motor vehicle during the process of handling the property damage issues and portion of her claim.

**WHEREFORE, PETITIONERS, JULIA HUTTON and WILLIE HUTTON, WIFE and HUSBAND,** prays that there be judgment rendered herein and in their favor, in an amount reasonable in the premises, against defendants, ChampionX LLC, Apergy Corporation and Randall W. White, in solido, and/or jointly, and/or severally in order to fully compensate Petitioners for the injuries and damages sustained in the said motor vehicular crash, for all costs of court, for judicial interest from date of judicial demand until paid, and for any and all expert witness fees, and for any and all other full, general, and equitable relief as this Honorable Court may deem fit to grant.

Respectfully submitted:

**THE DOWNS LAW FIRM, A.P.C.**
4214 Sterlington Road
Monroe, Louisiana 71203
(318) 325-7677 – phone
(318) 605-4283 – fax

By: _____
    **ROSS DOWNS, JR.**
    Louisiana Bar No. 22340
    ross@rossdownslaw.com
    **EARL ROSS DOWNS, III**
    Louisiana Bar No. 38528
    earlross@rossdownslaw.com
    **HAYDEN S. DOWNS**
    Louisiana Bar No. 38529
    hayden@rossdownslaw.com
    **EMILY DOWNS**
    Louisiana Bar No. 39163
    emily@rossdownslaw.com



Certified True and Correct Copy
CertID: 2024101000011

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**SERVICE INSTRUCTIONS:**

**ChampionX LLC**
- *Through Registered Agent*
  CT Corporation System
  3867 Plaza Tower Dr.
  Baton Rouge, LA 70816

**Apergy Corporation**
- *Through Registered Agent*
  CT Corporation System
  3867 Plaza Tower Dr
  Baton Rouge, LA 70816

**National Union Insurance Company of Pittsburg, PA**
- *Through Louisiana Secretary of State*
  8585 Archives Avenue
  Baton Rouge, LA 70809

**Randall W. White**
- *Through Louisiana Secretary of State*
  102 EdgeHill Road
  Joshua, TX 76058

**Randall W. White**
- *Via Louisiana Long Arm Statute*
  102 EdgeHill Road
  Joshua, TX 76058

*Debra Wood*



Certified True and
Correct Copy
CertID: 2024101000011

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE OF LOUISIANA * PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

JULIA HUTTON AND WILLIE HUTTON,
WIFE AND HUSBAND

VERSUS NO. _____

CHAMPIONX LLC, APERGY CORPORATION,
RANDALL W. WHITE

FILED: _____

Ouachita Parish
Filed Sep 17, 2024 2:35 PM
Brittnie Cervantes
Deputy Clerk of Court

C-20243391
CV5

DEPUTY CLERK OF COURT

---

### INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

TO:    ChampionX LLC, Apergy Corporation, and Randall W. White

The following interrogatories propounded to you by plaintiff in this matter, are to be answered by you fully and categorically, in writing and under oath; and your answers are to state the best knowledge of you and your attorney. Answers to these interrogatories are to be mailed to the undersigned counsel for defendant within the legal delays provided by law. If you object to any of these interrogatories, reasons for your objections shall be stated in detail, and signed by your attorney.

The interrogatories and requests for production which follow are to be regarded as continuing, and you are requested to provide, by way of supplementary answers thereto, such additional information or material as you, your counsel, or any other agent on your behalf, or subject to your control, may hereinafter obtain, which will augment or otherwise modify the answers now given to those interrogatories or requests to produce which have reference to names and addresses of person having knowledge of discoverable facts, which have reference to the names and addresses of expert witnesses expected to be called at trial, or which correct those interrogatories or requests to produce, the responses to which were incorrect when made or which are now incorrect because of a change in circumstance.

### DEFINITIONS

The following definitions and rules of construction apply to these discovery requests:

1.    "You" or "your" in any of the following interrogatories which refer to "you" or "your", the word "you" or "your" should be understood to refer to the Defendant(s) and any agent, servant or employee or other person acting or purporting to act on behalf of the Defendant(s).

*Debra Wood*



Certified True and
Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133. and/or RPC Rule 3.3(a)(3).

2.   "Communication(s)" means the transmittal of information (in the form of facts, opinions, ideas, inquiries, or otherwise).

3.   "Document" means the original or drafts of any kind of written or graphic matter, however produced or reproduced, or any kind or description whether sent or received, or neither, and all copies thereof which are different in any way from the original (whether by interlineation, receipt, stamp, notation, indication of copies sent or received, or otherwise), regardless of whether designated "confidential", "privileged" or otherwise and including, without limitation any paper, book, account, ledger, invoice, statement, bill brochure, proposal, bid, purchase order, check, draft, money order, photographs, blueprints, drawings, agreements, contracts, warranty, memorandum, advertising material, letter, telegram, object, report, record, transcript, study note, notation, diary, log, working paper, intra-office communication, interoffice communication, chart, minutes, index sheet, computer, software, computer printout, quotation, bulletin, circular, manual, summary, graph, recording or memorandum of telephone conversation or of interviews, or of conferences, of any other written, recorded, transcribed, punched, taped, filament or graph material, however produced, to which Defendant(s), or any of its agents, servants or employees has or has had access, or of which Defendant(s), or any of its agents, servants, or employees has knowledge.

4.   "Identify" when referring to an individual person, means to state his/her full name, his/her present address or last known address, and telephone number, his present or last known position and business affiliation and title of position held and by whom employed at the time of each event, transaction or occurrence hereinafter referred to.

5.   "Identify" when referring to a document, should be understood to include the following information:

   a.   The name and address of each and every person as defined below, by whom such "document" was reviewed, to whom it was sent to circulate, or by whom it was received;

   b.   The nature and substance of the "document" with sufficient particularity to enable the same to be identified;

   c.   The date of the "document" and the date the "document" was executed;
   d.   Whether you claim any privilege as to such "document" and if so, a precise statement of facts on which such claim of privilege is based;



Certified True and Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

e. The name and address of each and every person who participated in the drafting or creation of the "document";

f. The present location and the name and address of the present custodian of the "document", and,

g. If a "document" was, but no longer is in your control, the disposition that was made of it, circumstances surrounding it, and the authorization of such disposition, and the date or approximate date thereof.

**INTERROGATORY NO. 1:**

Please identify all persons responding to or assisting in the responses to these interrogatories, giving full name, residence, business address and occupation.

**INTERROGATORY NO. 2:**

What is the full name of your company?

**INTERROGATORY NO. 3:**

Is your company owned by, or a subsidiary of, another business entity? If so, state the full name of the other business entity.

**INTERROGATORY NO. 4:**

If your company is a corporation, please state the date and place of incorporation, the address of its principal place of business, the purposes for which the corporation was formed and whether the defendant corporation is in good standing.

**INTERROGATORY NO. 5:**

Is your company a common carrier, a contract carrier or a private carrier? What is your company's Department of Transportation identification number? If available, what is your company's Motor Carrier identification number?

**INTERROGATORY NO. 6:**

State the following with regard to all insurance coverage on the tractor and on the trailer involved in the collision that may be available to pay any settlement or judgment in this matter:

a. The available insurance coverage limits ;

b. Whether there is a deductible or retention amount, and if so, that amount;

c. Whether coverage is provided through self insurance;

d. If you are self insured, whether there is excess coverage provided by another company, and if so, the point at which the coverage becomes available and the limits of that coverage;

*Debra Wood*



**Certified True and Correct Copy**
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

e.  Whether this claim is being defended under any reservation of rights or dispute as to coverage; and

f.  State the names of any and all additional insurance and/or indemnifying companies which have agreements to indemnify, in whole or in part, against the payment of any judgment or settlement in this case, including the carrier and face amounts of any and all such policies. (e.g. Umbrella Policies, excess and secondary carriers).

## INTERROGATORY NO. 7 AND REQUEST FOR PRODUCTION NO. 1:

State whether any of the following proof of insurance pertaining to any of the tractors and/or trailers are in possession by you in your principal place of business. If so, who is custodian of these records and were any of the forms carried with Randall W. White at the time of the accident? If so, please attach these documents.

a.  An MCS-90 Form

b.  An MCS-90B Form

c.  An MCS-82 Form

d.  An MCS-82B Form

## INTERROGATORY NO. 8 AND REQUEST FOR PRODUCTION NO. 2:

With regard to any expert you may call to testify at trial, please identify such expert, including the expert's name, address, occupation, place of employment and qualifications to give an opinion, state the general nature of the subject matter on which the expert is expect to testify and the expert's hourly deposition fee. Please attach a copy of the expert's curriculum vitae.

## INTERROGATORY NO. 9:

With regard to any lay witness you may call to testify at trial, please identify any and all witnesses you intend to call to support any claim or defense and the substance of each witness's testimony, including their name(s), address(es), and phone number(s).

## INTERROGATORY NO. 10:

If Plaintiff made a statement to you, any of your agents, servants, employees, or any other person or entity associated with you in this litigation about the incident at issue or about any of the parties at issue or if you possess a statement by Plaintiff regarding the incident, please:

a.  State the dates on which Plaintiffs either spoke to your agents, servants or employees about the incident or on which the statement in your possession was taken;

*Debra Wood*

Certified True and Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

   b.   Identify all witnesses to the making of the statement;

   c.   State the substance of everything said (or provide a copy of the statement); and

   d.   Identify all documents embodying, referring or relating to such statements.

**INTERROGATORY NO. 11 AND REQUEST FOR PRODUCTION NO. 3:**

   Have you, an agent, or any other person or entity, done any tests, inspections, investigations, or taken measurements with regard to this collision, including the vehicle(s) involved or the scene of the collision? If so, state the following:

   a.   The names, addresses, and phone numbers of each person or persons who performed or participated in such work;

   b.   Whether the reports, diagrams, photographs, time records, or any other records or documentation of such work was prepared, and if so, a description of all such documentation and its current location;

   c.   The dates on which all such work was performed;

   d.   Whether the investigation revealed that the accident was preventable or non-preventable by any public or private entity investigating this accident; and

   e.   Please identify and attach any and all accident registers generated as a result of this investigation, as required by 49 CFR § 390.15

**INTERROGATORY NO. 12:**

   With respect to the commercial motor vehicle involved in the collision, state each of the following:

   a.   The owner;

   a.   The date of acquisition;

   b.   The make, model and year;

   c.   The Vehicle Identification Number;

   d.   The type, make and size of the engine;

   e.   The type of transmission;

   f.   The number of gears; and

   g.   The gross weight unloaded.

**INTERROGATORY NO. 13:**

   With respect to each trailer involved in the collision, state each of the following:

   a.   The name of the owner;

   b.   The date of acquisition;

   c.   The type, make, model and year of manufacture;

*Debra Wood*

Certified True and Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

d.   Any and all serial or identification number(s);

e.   The size of the box/trailer/container;

f.   The gross weight of the trailer unloaded;

g.   The gross weight of the trailer as loaded at the time of the collision;

h.   The cargo that was being hauled by the tractor-trailer at the time of the collision and its own owner, place of origin, and place of designation on the trip in which the defendant driver was engaged at the time of the collision;

i.   Any and all applicable interchange agreements between your company and the owner or lessor of the trailer involved in the accident? If there was such an agreement, was it in the driver's possession at the time of the accident; and

j.   Identify any and all shippers and/or third party brokerages (brokers) involved with the trip in which the defendant driver was engaged prior to the time of the collision.

**INTERROGATORY NO. 14:**

Was Randall W. White assigned to operate, or independently operated, the vehicle identified in Question 12 while on duty for ChampionX LLC and/or Apergy Corporation, or did Randall W. White switch commercial motor vehicles on a frequent basis? If the latter, please identify any and all drivers who have operated the commercial motor vehicle identified in Question 13 three (3) months prior to the accident.

**INTERROGATORY NO. 15 AND REQUEST FOR PRODUCTION NO. 4:**

Produce and identify any and all bill of lading(s), freight bill(s) and expense invoice(s) generated for Randall W. White on the date of the accident, and up to seven (7) days prior to the date of the accident.

**INTERROGATORY NO. 16:**

Have you or has anyone on your behalf taken any photographs, videotape, or any other recorded media of the accident or accident scene at issue in this litigation? If so:

a.   State the date on which each photograph, videotape, or recorded media was taken;

b.   Identify the individual who shot each photograph, took the videotapes, or recorded the media; and

c.   Identify the custodian of all such photographs, videotapes, or any other recorded media.

**INTERROGATORY NO. 17:**

On the chart provided below, please indicate what technological devices were utilized and downloaded on the tractor, trailer(s) and cargo involved in the subject collision. In the



Certified True and Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

space provided on the chart below, if identified date was available and has since been destroyed, please indicate the date said information was destroyed; the person responsible for destroying said information, and the reason said information was destroyed.

| Device | Tractor | Trailer | Cargo | Present Location | Data (if no longer available); Date destroyed, Reason destroyed, Person who destroyed |
|---|---|---|---|---|---|
| Engine Control Module | | | | | |
| Global Positioning System | | | | | |
| Bar Code or Other Identifying Tool Which Records Location and Time | | | | | |
| Anti-Theft System | | | | | |
| Turnpike/Highway Pass | | | | | |
| Weigh Station Transponder | | | | | |
| Computer | | | | | |
| PDA- Blackberry | | | | | |
| Cellular Phone | | | | | |
| Weather Band Radio | | | | | |

*Debra Wood*

Certified True and Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**INTERROGATORY NO. 18 AND REQUEST FOR PRODUCTION NO. 5:**

With regard to Engine Control Modules (ECM) as listed in question 18, did any data, if collected, reveal any evidence of hard braking? If so, how many hard braking occurrences were recorded? Attach a copy of the ECM download and/or the report generated from the download.

**INTERROGATORY NO. 19:**

If you or anyone else to your knowledge made any examination or inspection of the vehicle within ninety (90) days prior to the occurrence or at any time subsequent to the occurrence, please state the date and time of day of that examination or inspection, the identity of the person or persons making such examination or inspection, what such examination or inspection consisted of, what such inspection or examination revealed or showed, every act or activity done or undertaken by defendant as a result of any condition or circumstance disclosed by such examination or inspection, and identify all documents generated at or as a result of the inspection(s) or examination(s).

**INTERROGATORY NO. 20 AND REQUEST FOR PRODUCTION NO. 6:**

If any periodic inspection or examination procedure existed for the tractor and/or trailer or for the defendant's vehicles substantially similar to the vehicle involved in the occurrence, describe the procedure (including any and all relevant training materials and/or company policies regarding the procedure), identify whose duty it was to inspect or examine the vehicle, and state when the procedure was routinely scheduled to occur, the date and time of day when the most recent inspection was made prior to the date of the occurrence, the identification of each participated in such inspection (including the name(s), job title(s) and address(es)), what such inspection revealed or disclosed, and identify all documents generated at or as a result of the inspection.

**INTERROGATORY NO. 21 AND REQUEST FOR PRODUCTION NO. 7:**

State the dates and times, during the two years preceding the occurrence, of any repairs to the tractor or trailer involved in the accident and state what these repairs consisted of, the names of the persons who made such repairs, and identify all documents generated at or as a result of those repairs.

*Debra Wood*

Certified True and
Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**INTERROGATORY NO. 22:**

Describe any mechanical defect or other adverse condition of the subject tractor and trailer at the time of the occurrence which could in any way have affected its operation, including a description of such defect or condition and the length of time prior to the occurrence each such defect or condition existed. For purposes of this Interrogatory, "mechanical defect" and "adverse condition" mean that either the tractor or trailer was not operating as defendant intended or desired, or the tractor or trailer was not operating in a condition compliant with the Federal Motor Carrier Safety Administration.

**INTERROGATORY NO. 23 AND REQUEST FOR PRODUCTION NO. 8:**

Have you ever been audited by the Department of Transportation, Bureau of Motor Carrier Safety, or any other private business entity (including any insurance company) prior to the date of the collision? If so, state the date of each audit, the safety rating received (satisfactory, conditional or suspended), the number and type of each violation of which the motor carrier was notified, and the amount of (numerical value of) fines assessed against your company for these violations. Please attach any and all documents generated by either your company, the private business entity, or the Department of Transportation as a result of these audits.

**INTERROGATORY NO. 24:**

Does your company own a Preventable Accident Manual or have possession of a Preventable Accident Manual? Have you or any of your employees, agents or associates implemented any policies or procedures following the Preventable Accident Manual?

**INTERROGATORY NO. 25:**

State all policies and procedures implemented in your company with regard to transportation, including, but not limited to, the policies and procedures below. Indentify whether you had such a policy, procedure, program, or manual in place at the time of the collision and whether you have one in effect today, and for each, the location where such documents relevant to the policy and procedure were/are maintained:

    a. A log audit program or policy;

    b. A driver policy;

    c. A maintenance policy or procedure;

    d. A mandatory drug testing policy;

*Debra Wood*



**Certified True and Correct Copy**
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

    e.  A random drug testing program;

    f.  A document retention/destruction policy;

    g.  A dispatch manual;

    h.  A safety manual;

    i.  An operations manual;

    j.  A hiring/retention policy; and

    k.  Any performance based compensation/incentive program

**INTERROGATORY NO. 26:**

State the name and last known address of the person who held each of the following positions on the date of the collision:

    a.     The Chief of operations;

    b.     The head of dispatch of your company;

    c.     The dispatcher of the driver on the trip that resulted in the collision;

    d.     The head of maintenance;

    e.     The person who hired Randall W. White;

    f.     The person who trained Randall W. White; and

    g.     The safety director of your company.

**INTERROGATORY NO. 27 AND REQUEST FOR PRODUCTION NO. 9:**

Does your company hold safety meetings for your drivers? If so, how often are these meetings conducted? Are these meetings mandatory or voluntary? Please identify and produce the employees' name(s), job title(s), or other business entities associated with conducting these meetings. Please identify and produce attendance records where Randall W. White attended any of these meetings within the last two (2) years prior to the date of the accident.

**INTERROGATORY NO. 28:**

Did Randall W. White attend any truck driving school(s) prior to the date of the accident for either your company or a previous employer? If so, please identify the name, location, and persons involved with the organization, management, and instruction at the truck driving school(s).



Certified True and
Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**INTERROGATORY NO. 29:**

Are you aware of any written or recorded statements made by any party or witness? If so, state the following:

      a.    Name, address, and phone number of the person providing the statement;

      b.    Name, address, and phone number of the person who recorded the statement;

      c.    Name, address, and phone number of the person or entity in possession of the statement currently; and

      d.    The date on which the statement was given.

**INTERROGATORY NO. 30:**

Was any disciplinary action taken by your company towards Randall W. White for his involvement in this collision? If so, was Randall W. White given notice that he had been disciplined?

**INTERROGATORY NO. 31 AND REQUEST FOR PRODUCTION NO. 10:**

Does Randall W. White still work for ChampionX LLC and/or Apergy Corporation, or any of its subsidiaries, sister businesses, associations, agents, or its parent corporation? If not, did Randall W. White voluntarily leave the employment of the ChampionX LLC and/or Apergy Corporation, or was he terminated? If so, please state the reason for his departure or termination and identify and produce any documents related with his departure or termination.

**INTERROGATORY NO. 32 AND REQUEST FOR PRODUCTION NO. 11:**

Identify whether your company has organized or retained the use of a review committee to review the performance of your drivers, including the performance of Randall W. White. If so, state all persons involved in this committee, including their job titles and/or departments and/or other business entities in which they are associated. What findings and/or conclusions did this committee reach as a result of this accident? Please attach any and all reports generated by this committee.

**INTERROGATORY NO. 33:**

With regard to the operator of the subject tractor and trailer, Randall W. White:

      a.    Did the operator have the expressed or implied consent or permission of you or the owner of the vehicle to operate it at the time and place of the occurrence;

*Debra Wood*

**Certified True and Correct Copy**
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

b. Was the operator in the pay or employ of the owner of the vehicle at the time and place of the occurrence; and

c. Was the operator acting the course of his/her employment in the interest or, or with, or for the benefit of the owner of the vehicle at the time and place of the occurrence.

## INTERROGATORY NO. 34 AND REQUEST FOR PRODUCTION NO. 12:

Have you or anyone to your knowledge attempted or actually undertaken any surveillance activity with regard to the plaintiff herein. If affirmative:

a. Identify fully by name, last known address, telephone number, employer and relationship to you, all persons involved in each and every surveillance activity of plaintiff;

b. Identify each calendar day and the amount of time expended therein during which surveillance was either attempted or actually undertaken;

c. Identify fully the mechanism by which each of the aforesaid surveillance activities was attempted and/or undertaken (i.e. photographs, video, etc.);

d. Identify fully the custodian of any video tapes, photographic evidence, movie films, negatives, written records or any other such materials or documentation resulting from each of the aforesaid surveillance activities.

Please produce all surveillance pictures, videotapes, or any other surveillance materials with respect to any of the plaintiffs herein.

## REQUEST FOR PRODUCTION NO. 13:

Please produce your company's Preventable Accident Manual and produce any policies procedures relative to the Preventable Accident Manual.

## REQUEST FOR PRODUCTION NO. 14:

Please produce all documents and/or manuals regarding policies and procedures implemented in your company with regard to transportation, including, but not limited to, the policies and procedures below:

a. A log audit program or policy;

b. A driver policy and/or driver handbook;

c. A maintenance policy or procedure;

d. A mandatory drug testing policy;

e. A random drug testing program;

f. A document retention/destruction policy;

g. A dispatch manual;

h. A safety manual;

*Debra Wood*


Certified True and Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

  i. An operations manual;

  j. A hiring/retention policy; and

  k. Any performance based compensation/incentive program

**REQUEST FOR PRODUCTION NO. 15:**

Please produce the employees' name(s), job title(s), or other business entities associated with conducting all driver safety meetings, and produce all attendance records where Randall W. White attended any of these meetings within the last two (2) years prior to the date of the accident.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce Randall W. White's daily duty status reports (or driver logs) for the previous six (6) months prior to the date of the accident.

**REQUEST FOR PRODUCTION NO. 17:**

Please provide a copy of all tachometer records.

**REQUEST FOR PRODUCTION NO. 18:**

Please provide a copy of all on-board computer records.

**REQUEST FOR PRODUCTION NO. 19:**

Please provide a copy of all dispatch records.

**REQUEST FOR PRODUCTION NO. 20:**

Please provide a copy of all fax transmission from or to the truck.

**REQUEST FOR PRODUCTION NO. 21:**

Please provide a copy of all, mobile phone records for the telephone assigned to the driver.

**REQUEST FOR PRODUCTION NO. 22:**

Please provide a copy of all mobile radio transmission records.

**REQUEST FOR PRODUCTION NO. 23:**

Please provide a copy of all, wrecker or tow truck records.

**REQUEST FOR PRODUCTION NO. 24:**

Please provide a copy of the truck and trailer license.

**REQUEST FOR PRODUCTION NO. 25:**

Please provide a copy of all pick up and deliver records.

*Debra Wood*

Certified True and
Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**REQUEST FOR PRODUCTION NO. 26:**

Please provide a copy of all trip summaries.

**REQUEST FOR PRODUCTION NO. 27:**

Please provide a copy of all delivery manifests.

**REQUEST FOR PRODUCTION NO. 28:**

Please provide a copy of all credit card receipts, showing purchases made by the driver or co-driver.

**REQUEST FOR PRODUCTION NO. 29:**

Please provide a copy of all toll tickets.

**REQUEST FOR PRODUCTION NO. 30:**

Please provide a copy of all weight tickets.

**REQUEST FOR PRODUCTION NO. 31:**

Please provide a copy of all fuel tax records.

**REQUEST FOR PRODUCTION NO. 32:**

Please provide a copy of all fuel receipts.

**REQUEST FOR PRODUCTION NO. 33:**

Please provide a copy of all state entry and departure records.

**REQUEST FOR PRODUCTION NO. 34:**

Please provide a copy of the registration and title to the truck.

**REQUEST FOR PRODUCTION NO. 35:**

Please provide a copy of all expense sheets.

**REQUEST FOR PRODUCTION NO. 36:**

Please provide a copy of all trailer interchange records.

**REQUEST FOR PRODUCTION NO. 37:**

Please provide a copy of all bills of lading.

**REQUEST FOR PRODUCTION NO. 38:**

Please provide a copy of all manifests and waybills.

**REQUEST FOR PRODUCTION NO. 39:**

Please provide a copy of any rental contract involving the truck.



Certified True and
Correct Copy
CertID: 2024101000012

*Debra Wood*

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**REQUEST FOR PRODUCTION NO. 40:**

Please provide a copy of all written responses from each state agency contacted with reference to truck driver's driving record.

**REQUEST FOR PRODUCTION NO. 41:**

Please provide a copy of all written records with respect to each past employer who was contacted about the driver's qualifications.

**REQUEST FOR PRODUCTION NO. 42:**

Please provide a copy of the driver's qualification file, including employee's application, list of truck driver's previous employers for the past 10 years preceding the date of application, the reasons for leaving said employment, medical examiner's certificate, a note showing when and who reviewed the driver's record with him or her for each year of employment, records of drug and alcohol tests, and an accident register listing all DOT recordable preventable accidents.

**REQUEST FOR PRODUCTION NO. 43:**

Please provide a copy of the truck driver's list of violations of motor vehicle traffic laws.

**REQUEST FOR PRODUCTION NO. 44:**

Please provide a copy of Randall W. White's personnel file.  These documents include, but are not limited to: Randall W. White's driver qualification file, personnel file, certification of road testing, any/all mandatory notification(s) of any Federal Motor Carrier Safety Association violation(s), annual review(s), daily duty status report(s) (or driver logs), any and all requirement, criteria, and/or qualification documents regarding Randall W. White, the manner in which you compensated Randy W. White (e.g. by the mile, by the trip, a percentage of the revenue generated by the load, etc.) and the rate of that compensation, for the previous six (6) months prior to the date of the accident.

**REQUEST FOR PRODUCTION NO. 45:**

Please provide a copy of all National Transportation Safety Board investigative reports.

**REQUEST FOR PRODUCTION NO. 46:**

Please provide a copy of all out of service orders on the subject truck and trailer.

*Debra Wood*

Certified True and
Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**REQUEST FOR PRODUCTION NO. 47:**

Please provide a copy of all driver's logs for the past 3 months.

**REQUEST FOR PRODUCTION NO. 48:**

Please provide a copy of all vehicle maintenance records of the commercial motor vehicle involved in the accident for the past 6 months.

**REQUEST FOR PRODUCTION NO. 49:**

Please provide a copy of the accident report.

**REQUEST FOR PRODUCTION NO. 50:**

Please provide a copy of all repair invoices during that the truck has been operated in your behalf.

**REQUEST FOR PRODUCTION NO. 51:**

Please provide a copy of all lease and trip lease contracts between you and the truck/trailer owner and operator.

**REQUEST FOR PRODUCTION NO. 52:**

Please provide a copy of all trip reports.

**REQUEST FOR PRODUCTION NO. 53:**

Please provide a copy of the commercial driver's license of the truck driver.

**REQUEST FOR PRODUCTION NO. 54:**

Please provide a copy of all writings giving notification to you of the truck driver's convictions or suspensions for violating a state of local law relating to motor vehicle traffic control.

**REQUEST FOR PRODUCTION NO. 55:**

Please provide a copy of all writings containing the results of any drug or alcohol test that were administered to the truck driver after the accident.

**REQUEST FOR PRODUCTION NO. 56:**

Please provide a copy of all records of driver alcohol tests with a confirmed reading of .02 percent or greater, confirmed positive test results, documentation of refusals to take alcohol and/or drugs tests, instrument calibration documentation, driver evaluation by a substance abuse professional and calendar year summaries for the last 5 years.

*Debra Wood*

Certified True and Correct Copy
CertID: 2024101000012

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**REQUEST FOR PRODUCTION NO. 57:**

Please provide a copy of all company manuals covering truck safety, maintenance, fleet safety programs, and driver's standards.

**REQUEST FOR PRODUCTION NO. 58:**

Please immediately produce any and all documents you have in your possession pertaining to Julia Hutton that have been obtained through the use of an authorization, subpoena, and/or otherwise.

**REQUEST FOR PRODUCTION NO. 59:**

Please produce a certified copy of any and all general liability policies of insurance insuring ChampionX LLC and/or Apergy Corporation, on the date of the subject motor vehicular crash, as well as any and all additional insurance and/or indemnifying companies which have agreements to indemnify, in whole or in part, against the payment of any judgment or settlement in this case, including the carrier and face amounts of any and all such policies. (e.g. Umbrella Policies, excess and secondary carriers).

You are reminded of your continuing obligation to supplement your responses in accordance with the provisions of Louisiana Code of Civil Procedure Article 1428.

Respectfully submitted:

**THE DOWNS LAW FIRM, A.P.C.**
517 North Washington Street
Bastrop, Louisiana 71220
(318) 281-7677 – phone
(318) 281-1223 – fax

By: _____
    **ROSS DOWNS, JR.**
    Louisiana Bar No. 22340
    ross@rossdownslaw.com
    **EARL ROSS DOWNS, III**
    Louisiana Bar No. 38528
    earlross@rossdownslaw.com
    **HAYDEN S. DOWNS**
    Louisiana Bar No. 38529
    hayden@rossdownslaw.com
    **EMILY DOWNS**
    Louisiana Bar No. 39163
    emily@rossdownslaw.com


Certified True and
Correct Copy
CertID: 2024101000012

Debra Wood

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Ouachita Parish
Filed Sep 17, 2024 2:35 PM
Brittnie Cervantes
Deputy Clerk of Court

C-20243391
CV5

## CERTIFICATE OF SERVICE

I certify that the original of the foregoing Interrogatories and Request for Production and

Inspection of Documents have been attached to the original Petition.

Of Counsel



Certified True and
Correct Copy
CertID: 2024101000013

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE OF LOUISIANA * PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

JULIA HUTTON AND WILLIE HUTTON,    FILED:
WIFE AND HUSBAND

> Ouachita Parish
> Filed Sep 17, 2024 2:35 PM      C-20243391
> Brittnie Cervantes                CV5
> Deputy Clerk of Court

VERSUS NO. _____

CHAMPIONX LLC, APERGY CORPORATION,
RANDALL W. WHITE                    DEPUTY CLERK OF COURT

## REQUESTS FOR ADMISSIONS

TO:    ChampionX LLC, Apergy Corporation and Randall W. White

Pursuant to Louisiana Code of Civil Procedure Articles 1466, et seq., you are requested by the undersigned attorney for the plaintiffs to ADMIT OR DENY the facts hereinafter set forth within thirty (30) days from service hereof, and to provide your answers to the law offices of The Downs Law Firm, 4214 Sterlington Road, Monroe, Louisiana 71203 within the legal delays provided by law.

### REQUEST FOR ADMISSION NO. 1:

Admit that you are a proper party in this lawsuit.

### REQUEST FOR ADMISSION NO. 2:

Admit that you were properly named in this case.

### REQUEST FOR ADMISSION NO. 3:

Admit that service was proper on you.

### REQUEST FOR ADMISSION NO. 4:

Admit that venue is proper in this Court.

### REQUEST FOR ADMISSION NO. 5:

Admit that jurisdiction is proper in this Court.

You are reminded of your continuing obligation to supplement your responses in accordance with the provisions of Louisiana Code of Civil Procedure Article 1428.

*Debra Wood*

Certified True and
Correct Copy
CertID: 2024101000014

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully submitted,

**THE DOWNS LAW FIRM, A.P.C.**
4214 Sterlington Road
Monroe, Louisiana 71203
(318) 325-7677 — phone
(318) 605-4283 — fax

By: _____
    **ROSS DOWNS, JR.**
    Louisiana Bar No. 22340
    ross@rossdownslaw.com
    **EARL ROSS DOWNS, III**
    Louisiana Bar No. 38528
    earlross@rossdownslaw.com
    **HAYDEN S. DOWNS**
    Louisiana Bar No. 38529
    hayden@rossdownslaw.com
    **EMILY DOWNS**
    Louisiana Bar No. 39163
    emily@rossdownslaw.com

## CERTIFICATE OF SERVICE

I certify that the original of the foregoing Request for Admissions have been attached to the original Petition.

_____
Of Counsel



Certified True and
Correct Copy
CertID: 2024101000014

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:51 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



ROSS DOWNS, JR.
*Admitted in Louisiana, Arkansas, and Mississippi*

EARL ROSS DOWNS, III·
*Admitted in Louisiana*

HAYDEN DOWNS·
*Admitted in Louisiana*

EMILY DOWNS·
*Admitted in Louisiana*

*·Limited Liability Company*

A PROFESSIONAL CORPORATION

BASTROP OFFICE:
517 N. Washington Street
Bastrop, LA 71220

MONROE OFFICE:
4214 Sterlington Road
Monroe, LA 71203

PHONE: (318) 325-7677
FAX: (318) 605-4283

PARALEGAL: Melinda Ponder
melinda@rossdownslaw.com

September 11, 2024

*VIA HAND DELIVERY*
Ms. Dana Benson
Clerk of Court, Ouachita Parish
301 S. Grand Street, Suite 104
Monroe, LA 71201

Ouachita Parish
Filed Sep 17, 2024 2:35 PM
Brittnie Cervantes
Deputy Clerk of Court

C-20243391
CV5

RE:    Julia Hutton and Willie Hutton
       Vs.
       ChampionX LLC, Apergy Corporation and Randall W. White

Dear Ms. Benson:

**Enclosed** please find the original of a Petition for Damages with Discovery regarding the above captioned matter. Please file the original into the record and return the copy to me, certified and stamped with the appropriate filing information.

Also **enclosed** please find our firm check in the amount of $600.00 for filing costs. Thank you.

With kindest regards, I remain

Yours very truly,

DOWNS LAW FIRM, A.P.C.
*Attorney & Counselor at Law*

By: _____
       **Ross Downs, Jr., Attorney**
       ross@rossdownslaw.com

RD/mp
Enclosures

*Debra Wood*

Certified True and
Correct Copy
CertID: 2024101000015

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:52 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



**OPC.CV.8366817**

# CITATION FOR PETITION

JULIA HUTTON AND WILLIE
HUTTON

VS

CHAMPION X LLC APERGY
CORPORATION RANDALL W.
WHITE

**DOCKET NUMBER: C-20243391**

**SEC CV5**
**EAST BATON ROUGE**
**STATE OF LOUISIANA**
**PARISH OF OUACHITA**
**4TH JDC**

APERGY CORPORATION
THROUGH CT CORPORATION SYSTEM (AGENT)
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

You are named as a defendant in the above captioned matter. Attached to this citation is a certified copy of: PETITION FOR DAMAGES/INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS.

You must either comply with the demand contained in the petition or make and appearance either by filing an answer or other pleading in the Office of the Clerk of this Court at the Ouachita Parish Court House, located at 301 South Grand, Monroe, La 71201 within the delay provided in the Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his/her answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition with **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CAN NOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk of Court for Ouachita Parish on the **SEPTEMBER 17, 2024.**

I made service on the named party through the
CT CORPORATION

SEP 2 4 2024

by tendering a copy of this document to
Bailea Fucich

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

REQUESTED BY: ROSS DOWNS JR. # 22340

OUACHITA PARISH CLERK OF COURT



DEPUTY CLERK

**TRUE COPY**

FILED

DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

Debra Wood



Certified True and
Correct Copy
CertID: 2024101000016

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:52 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).





OPC.CV.8366866

## NOTICE - INTERROGATORIES / REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS

JULIA HUTTON, WILLIE HUTTON

VS

CHAMPION X LLC, APERGY CORPORATION, RANDALL W WHITE

**DOCKET NUMBER: C-20243391**
SEC: CV5
STATE OF LOUISIANA
PARISH OF OUACHITA

FOURTH JUDICIAL DISTRICT COURT
**EAST BATON ROUGE PARISH**

TO:    APERGY CORPORATION
THROUGH CT CORPORATION SYSTEM (AGENT)
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

YOU ARE HEREBY NOTIFIED by this Honorable Court that INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS were filed on SEPTEMBER 17, 2024 in the office of the Clerk of Court, Ouachita Parish, Louisiana, a certified copy of which is attached hereto and made a part hereof.

YOU ARE HEREBY REQUESTED AND REQUIRED to ANSWER WITHIN THE TIME ALLOWED BY LAW

NOTICE issued by the Clerk of Court for Ouachita Parish, Louisiana, this SEPTEMBER 18, 2024.

OUACHITA PARISH CLERK OF COURT

*[signature]*

Deputy Clerk of Court

REQUESTED BY:  ROSS DOWNS JR # 22340

**ORIGINAL**

**FILED**
SEP 17 2024
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA



I made service on the named party through the
CT CORPORATION
SEP 24 2024
by tendering a copy of this document to
Bailea Fucich
DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

CLERK OF COURT
OUACHITA PARISH
2024 SEP 27  PM 4 01
RECEIVED

*[signature: Debra Wood]*

Certified True and
Correct Copy
CertID: 2024101000016

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:52 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



OPC.CV.8366825

# CITATION FOR PETITION

| | |
|---|---|
| JULIA HUTTON AND WILLIE HUTTON | DOCKET NUMBER: C-20243391 |
| VS | SEC CV5 |
| | EAST BATON ROUGE |
| | STATE OF LOUISIANA |
| CHAMPION X LLC APERGY CORPORATION RANDALL W. WHITE | PARISH OF OUACHITA |
| | 4TH JDC |

*Made service on the named party through the CT CORPORATION*

**SEP 24 2024**

*by tendering a copy of this document to Bailee Fucich*

*BY: M. LOCKWOOD #0803*

*Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

CHAMPION X LLC
THROUGH CT CORPORATION SYSTEM (AGENT)
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

You are named as a defendant in the above captioned matter. Attached to this citation is a certified copy of: PETITION FOR DAMAGES/INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS.

You must either comply with the demand contained in the petition or make and appearance either by filing an answer or other pleading in the Office of the Clerk of this Court at the Ouachita Parish Court House, located at 301 South Grand, Monroe, La 71201 within the delay provided in the Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

Article 1001 of the Louisiana Code of Civil Procedure states:

A. A defendant shall file his/her answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition with **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CAN NOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk of Court for Ouachita Parish on the **SEPTEMBER 17, 2024.**

OUACHITA PARISH CLERK OF COURT

**RECEIVED**
DATE
Sep 2 8 2024
E.B.R Sheriff's Office

*[signature]*

DEPUTY CLERK

REQUESTED BY: ROSS DOWNS JR. # 22340



**FILED**
SEP 27 2024
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

TRUE COPY

*[signature] Debra Wood*

Certified True and
Correct Copy
CertID: 2024101000017

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:52 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).




OPC.CV.8366874

## NOTICE - INTERROGATORIES /
## REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS

| | |
|---|---|
| JULIA HUTTON, WILLIE HUTTON | **DOCKET NUMBER: C-20243391**<br>**SEC: CV5** |
| | **STATE OF LOUISIANA** |
| VS | **PARISH OF OUACHITA** |
| CHAMPION X LLC, APERGY<br>CORPORATION, RANDALL W<br>WHITE | |
| | **FOURTH JUDICIAL DISTRICT COURT** |
| | **EAST BATON ROUGE  PARISH** |

TO:    CHAMPION X LLC
       THROUGH CT CORPORATION SYSTEM (AGENT)
       3867 PLAZA TOWER DR.
       BATON ROUGE, LA 70816

YOU ARE HEREBY NOTIFIED by this Honorable Court that INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS were filed on SEPTEMBER 17, 2024 in the office of the Clerk of Court, Ouachita Parish, Louisiana, a certified copy of which is attached hereto and made a part hereof.

YOU ARE HEREBY REQUESTED AND REQUIRED to ANSWER WITHIN THE TIME ALLOWED BY LAW

NOTICE issued by the Clerk of Court for Ouachita Parish, Louisiana, this SEPTEMBER 18, 2024.

                            OUACHITA PARISH CLERK OF COURT


                            Deputy Clerk of Court


REQUESTED BY:  ROSS DOWNS JR # 22340



I made service on the named party through the
CT CORPORATION                          **ORIGINAL**

**SEP 2 4 2024**
by tendering a copy of this document to
Bailea Fucich
DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

FILED
SEP 27 2024
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

Certified True and
Correct Copy
CertID: 2024101000017

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:52 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



ROSS DOWNS, JR.
*Admitted in Louisiana, Arkansas, and Mississippi*

EARL ROSS DOWNS, III
*Admitted in Louisiana*

HAYDEN DOWNS
*Admitted in Louisiana*

EMILY DOWNS
*Admitted in Louisiana*

*Limited Liability Company*

A PROFESSIONAL CORPORATION

BASTROP OFFICE:
517 N. Washington Street
Bastrop, LA 71220

MONROE OFFICE:
4214 Sterlington Road
Monroe, LA 71203

PHONE: (318) 325-7677
FAX: (318) 605-4283

PARALEGAL: Tina Nobles
tina@rossdownslaw.com

October 2, 2024

Ouachita Parish
Filed Oct 03, 2024 11:03 AM
Kim Collins
Deputy Clerk of Court

C-20243391
CV5

**_VIA HAND DELIVERY_**
Ms. Dana Benson
Clerk of Court, Ouachita Parish
301 S. Grand Street, Suite 104
Monroe, LA 71201

RE:    Julia Hutton and Willie Hutton
       Vs. No, C-20243391
       ChampionX LLC, Apergy Corporation and Randall W. White

Dear Ms. Benson:

**Enclosed** please find the original of an Affidavit of Service regarding defendant Randall W. White. Please file the original into the record and return a stamped and certified copy to me.

Also **enclosed** please find our firm check in the amount of $50.00 for filing costs. Thank you.

With kindest regards, I remain

Yours very truly,

**DOWNS LAW FIRM, A.P.C.**
*Attorney & Counselor at Law*

By: _____
**Emily Downs, Attorney**
emily@rossdownslaw.com.

*Debra Wood*

STATE OF LOUISIANA
PARISH OF OUACHITA

Certified True and
Correct Copy
CertID: 2024101000018

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE OF LOUISIANA * PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

JULIA HUTTON AND WILLIE HUTTON,          FILED: _____
WIFE AND HUSBAND

VERSUS NO. C-20243391

CHAMPIONX LLC, APERGY CORPORATION,
RANDALL W. WHITE                         DEPUTY CLERK OF COURT

*Stamp:*
Ouachita Parish
Filed Oct 03, 2024 11:03 AM
Kim Collins
Deputy Clerk of Court
C-20243391
CV5

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF OUACHITA

BEFORE ME, the undersigned Notary Public, personally came and appeared **EMILY DOWNS**, 4214 Sterlington Road, Monroe, Louisiana, who, being duly sworn, deposed and said under oath that on the 18th of September, 2024, she served a certified copy of a Petition and Citation in this action under the Louisiana Long Arm Statute, Louisiana Revised Statute 13:3201, pursuant to Section 3204 of Title XIII, by mailing them to defendant, **RANDALL W. WHITE** by certified mail, return receipt requested, properly addressed and postage prepaid; that she received the green return receipt card back from the postal service showing Citation and Petition were received on the 26th day of September, 2024, attached as Exhibit A hereto.

_____
Emily Downs, Bar Roll No.: 39163

SWORN TO AND SUBSCRIBED before me, Notary Public, this 2nd day of
Octobry_____, 2024.

_____
NOTARY PUBLIC
#127948

1

*Debra Wood*

Certified True and
Correct Copy
CertID: 2024101000020

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT "A"

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ☐ Agent ☑ Addressee |
| | B. Received by *(Printed Name)* C. Date of Delivery  9/26/24 |
| 1. Article Addressed to:  Randall W. White 102 Edgehill Rd. Joshua, TX 76058 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 9590 9402 7559 2098 4588 46 | 3. Service Type ☐ Adult Signature ☐ Adult Signature Restricted Delivery ☑ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*  7022 2410 0001 1430 4542 | ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

(Affix Green Card as Exhibit)

2

Debra Wood

Certified True and Correct Copy CertID: 2024101000020

Ouachita Parish Deputy Clerk Of Court

Generated Date: 10/10/2024 8:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).





OPC.CV.8366833

# CITATION FOR PETITION

**JULIA HUTTON AND WILLIE HUTTON**

**VS**

**CHAMPION X LLC APERGY CORPORATION RANDALL W. WHITE**

DOCKET NUMBER: C-20243391

SEC CV5
EAST BATON ROUGE
STATE OF LOUISIANA
PARISH OF OUACHITA
4TH JDC

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG PA THROUGH LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVE.**
**BATON ROUGE, LA 70809**

You are named as a defendant in the above captioned matter. Attached to this citation is a certified copy of: PETITION FOR DAMAGES/INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS.

You must either comply with the demand contained in the petition or make and appearance either by filing an answer or other pleading in the Office of the Clerk of this Court at the Ouachita Parish Court House, located at 301 South Grand, Monroe, La 71201 within the delay provided in the Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A.  A defendant shall file his/her answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition with **thirty (30)** days after service of the amended petition.

B.  When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C.  The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CAN NOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk of Court for Ouachita Parish on the **SEPTEMBER 17, 2024.**

OUACHITA PARISH CLERK OF COURT



DEPUTY CLERK

REQUESTED BY: ROSS DOWNS JR. #22340

TRUE COPY

I made service on the named party by tendering a copy of this document on this day

SEP 24 2024

Deputy Sheriff, Parish of East Baton Rouge, LA



**Certified True and Correct Copy**
CertID: 2024101000028

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



OPC.CV.8367203

# CITATION FOR PETITION

| | DOCKET NUMBER: C-20243391 |
|---|---|
| **JULIA HUTTON AND WILLIE HUTTON** | |
| **VS** | **SEC CV5** |
| | **EAST BATON ROUGE** |
| **CHAMPION X LLC APERGY** | **STATE OF LOUISIANA** |
| **CORPORATION RANDALL W.** | **PARISH OF OUACHITA** |
| **WHITE** | **4TH JDC** |

**RANDALL W WHITE**
**THROUGH LOUISIANA SECRETARY OF STATE**
**102 EDGEHILL RD. JOSHUA, TX 76058**

   You are named as a defendant in the above captioned matter. Attached to this citation is a certified copy of: PETITION FOR DAMAGES/INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS/REQUESTS FOR ADMISSIONS.

   You must either comply with the demand contained in the petition or make and appearance either by filing an answer or other pleading in the Office of the Clerk of this Court at the Ouachita Parish Court House, located at 301 South Grand, Monroe, La 71201 within the delay provided in the Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

   **Article 1001 of the Louisiana Code of Civil Procedure states:**
   A. A defendant shall file his/her answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

   If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition with **thirty (30)** days after service of the amended petition.

   B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

   C. The Court may grant additional time for answering.

   **Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
   A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

   ## THE CLERK OF COURT'S STAFF CAN NOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk of Court for Ouachita Parish on the **SEPTEMBER 18, 2024.**

OUACHITA PARISH CLERK OF COURT

*FILED*



DEPUTY CLERK

REQUESTED BY: ROSS DOWNS JR. # 22340

**TRUE COPY**

I made service on the named party RECEIVED by tendering a copy of this document on this date

SEP 2 3 2024

E.B.R. Sheriff's Office

SEP 2 4 2024

to: J. Nabitt

Dy. Q Shaw  2140?

Deputy Sheriff, Parish of East Baton Rouge, LA

*Debra Wood*

Certified True and Correct Copy
CertID: 2024101000029

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
10/10/2024 8:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).